FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2022

No. 04-22-00159-CR

Juan **ORTIZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-137-CRW-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

On May 26, 2022, appellant's appointed trial counsel, Shane Stolarczyk, filed a Motion to Abate Appeal and Request for the Appointment of Substitute Appellate Counsel. *See* TEX. R. APP. P. 6.5. On May 27, 2022, a supplemental clerk's record was filed containing an order appointing John Michael Lamerson as appellant's new appellate counsel.

Appellant's brief was due on June 8, 2022. On June 6, 2022, appellant's new appellate counsel filed a motion for extension of time to file appellant's brief until July 11, 2022. We **GRANT** the motion and **ORDER** appellant to file his brief **on or before July 11, 2022.** Appellant's previous counsel's motion to abate is **DENIED** as moot, following current counsel's appointment.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court